NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARQUELL STEVENS,                      )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D18-402
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____ )

Opinion filed May 29, 2019.

Appeal from the Circuit Court for Pinellas
County; Brandt C. Downey, III, and William
H. Burgess, III, Judges.

Rachael E. Reese of O'Brien Hatfield,
P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee; David Campbell, and
Kelly O'Neill Assistant Attorney General,
Tampa, for Appellee.

PER CURIAM.


            Affirmed.


CASANUEVA, KELLY, and LUCAS, JJ., Concur.